IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR53 |
| vs. | ) | |
| | ) | ORDER |
| DANNY D. JOHNSON and | ) | |
| REALHUNTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motion for an extension of time in which to file pretrial motions [29]. Defendants have filed the affidavit or declaration regarding speedy trial, required by NECrimR 12.1 and/or 12.3. Upon review of the file, the court finds that the motion should be granted.

**IT IS ORDERED** that the motion [29] is granted as follows:

1. The deadline for filing pretrial motions is extended to **May 1, 2008**.

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 23, 2008 and May 1, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED April 24, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**