IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )                                                           | |
| Plaintiff,       ) | |
| )                                                           | |
| vs.                                   ) | 8:08CR53 |
| )                                                           | |
| DANNY D. JOHNSON, PATRICIA LYNN   ) | **SCHEDULING ORDER** |
| JOHNSON, REALHUNTS, INC.,       ) | |
| )                                                           | |
| Defendants.       ) | |

    UPON THE ORAL MOTION OF DEFENDANTS Danny D. Johnson and Realhunts, Inc.,

    IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Statements [31] filed by Patricia Lynn Johnson and Motion to Suppress Statements [32] filed by defendants Danny D. Johnson and Realhunts, Inc. are continued to **July 23, 2008** at **9:30 a.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be presents, unless excused by the Court.

    DATED this 27th day of May, 2008.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge